IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NORMA L. MOORE,                    )
                                   )
            Plaintiff,             )
                                   )
      v.                           ) Civ. No. 08-143-SLR
                                   )
STAPLES,                           )
                                   )
            Defendant.             )

## ORDER

At Wilmington this 24th day of March, 2008,

the Court having considered the application to proceed without prepayment of fees

under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.


                                   _____
                                   United States District Judge