**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

CHAMBERS OF
SUE L. ROBINSON
U.S. DISTRICT JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

August 29, 2008

Ms. Norma L. Moore
1420 N. Franklin Street
Apartment 7B
Wilmington, DE 19806

Sherry Ruggerio Fallon
Tybout, Redfearn & Pell
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092

              Re: <u>Norma L. Moore v. Staples</u>

Dear Ms. Moore and Ms. Fallon:

      Enclosed for your review is a proposed scheduling order pursuant to Fed. R. Civ. P. 16(A) and D. Del. LR 16.1. On or before **September 29, 2008**, please inform the court, by letter copied to the opposing party, whether you object to any portion of the proposed order and why. Unless further ordered by the court, a scheduling conference will not be necessary.

                                          Cordially,

                                          SUE L. ROBINSON

SLR/nmf
Enclosure
cc: Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORMA L. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-143-SLR |
| | ) |
| STAPLES, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this      day of September, 2008, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1;

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **October 30, 2008.**

2. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **March 2, 2009 .**

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions**. All summary judgment motions and opening briefs and affidavits, if any, in support of the motions, shall be served and filed on or before **April 2, 2009.** Answering briefs and affidavits, if any, shall be filed on or

before **April 16, 2009.** Reply briefs shall be filed on or before **April 23, 2009.**

_____
United States District Judge